# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ZERITA MITCHELL | * |
| | * |
| | * |
| v. | * Civil No. – JFM-13-1327 |
| | * |
| GP STRATEGIES | * |

## MEMORANDUM

Defendant has filed a motion for summary judgment to which plaintiff has responded. The motion will be granted.

Plaintiff's claim for employment discrimination fails. She has provided no direct evidence of racial discrimination. The record establishes that she was replaced by a member of the protected class. Therefore, she cannot make out a case of *prima facie* discrimination.

A separate order granting defendant's motion and entering judgment on defendant's behalf and incorporating by reference the rulings made in my order dated October 3, 2013 is being entered herewith.

Date: 4/25/14

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 APR 25 P 12:08
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

1